UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TIMOTHY DOYLE YOUNG,<br><br>        Plaintiff,<br><br>    vs.<br><br>FBI,<br><br>        Defendant. | Case No: C 12-5990 SBA (pr)<br><br>**ORDER DISMISSING ACTION** |

On November 26, 2012, Plaintiff Timothy Doyle Young, a federal inmate housed at the United States Penitentiary (USP)—Florence, Colorado, filed a pro se complaint in which he purports to allege a First Amendment claim against the Federal Bureau of Investigations (FBI). Dkt. 1. On January 8, 2013, Plaintiff filed a request to proceed in forma pauperis (IFP). Dkt. 3.

In his Complaint, Plaintiff alleges that "the [FBI] refuses to allow [him] to file a criminal civil rights complaint or a criminal complaint in violation of the First Amendment." Compl. at 1, Dkt. 1. Attached to the Complaint is an apparent copy of a letter from the FBI to Plaintiff, dated September 11, 2012, in which the FBI denied Plaintiff's administrative claim for $10 million under the Federal Tort Claim Act (FTCA). Dkt. 1 at 1. According to the letter, Plaintiff had previously accused the FBI of having "ignored several of [his] requests to file a criminal civil rights complaint against Bureau of Prisons staff, relating to criminal activity at the prison in which [he is] incarcerated." Id.

A federal court must engage in a preliminary screening of any case in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify any cognizable claims, and dismiss any claims which are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. See id. at § 1915A(b)(1),(2). Pro se pleadings must be liberally construed. See Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

The FTCA provides for the abrogation of the sovereign immunity of the United States with respect to tort claims against the federal government. 28 U.S.C. § 2674. The FTCA provides that the United States shall be liable in tort suits "in the same manner and to the same extent as a private individual under like circumstances." 28 U.S.C. § 2674. It is the exclusive waiver of sovereign immunity for suits against the United States sounding in tort. 28 U.S.C. § 1346(b). The United States is the only proper defendant in FTCA claims; agencies such as the FBI cannot be named as defendants. 28 U.S.C. § 2679(a). Thus, to the extent that Plaintiff has any claims against the federal government, the United States, rather than the FBI, is the proper defendant.

The gist of Plaintiff's claim is that the FBI has ignored his requests to file a criminal civil rights complaint against Bureau of Prisons staff at USP-Florence in response to alleged "criminal activity" at the prison. Dkt. 1 at 3. However, it is the United States Attorney, not the FBI, that decides whether to prosecute an action. In any event, the United States is absolutely immune from liability for its decisions on whether or not to prosecute an action. Wright v. United States, 719 F.2d 1032, 1035 (9th Cir. 1983) ("The decision whether or not to prosecute a given individual is a discretionary function for which the United States is immune from liability."). To the extent that Plaintiff is claiming that the FBI somehow is preventing him from commencing a criminal action against unnamed prison staff, Plaintiff has failed to allege any facts in support of such a claim. Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007) (holding that avoid dismissal, a pleading must allege "enough facts to state a claim to relief that is plausible on its face."). But even if he

had, Plaintiff lacks standing to assert criminal claims against another individual.  See Linda R. S. v. Richard D., 410 U.S. 614, 619 (1973) ("[A] private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another").[1]  Accordingly,

IT IS HEREBY ORDERED THAT:

1. Plaintiff's request to proceed IFP is GRANTED.

2. The instant action is DISMISSED.  Because further amendment to the pleadings will not cure the deficiencies resulting in the dismissal, said dismissal is without leave to amend.  Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this Order would not be in good faith.

3. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: January 18, 2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.12\12-5990 - Young - Order Dismissing Action.docx

---

[1] Also attached to the Complaint is a declaration in which Plaintiff claims that he previously filed at least two civil rights lawsuits in which Magistrate Judges Boland and Shaffer of the District of Colorado allegedly issued rulings based on false information. Dkt. 1 at 10-12.  Plaintiff does not appear to attempt to state a claim against these judicial officers.  In any event, federal judicial officers are immune from lawsuits based on their rulings.  See Moore v. Brewster, 96 F.3d 1240, 1243 (9th Cir. 1996).

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY DOYLE YOUNG,

        Plaintiff,

 v.

FBI et al,

        Defendant.
                                       /

Case Number: CV12-05990 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 18, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Doyle Young Reg. No. 60012-001
U.S. Penitentiary Max-ADX
P.O. Box 8500
Florence, CO 81226-8500

Dated: January 18, 2013

                                  Richard W. Wieking, Clerk
                                  By: Lisa Clark, Deputy Clerk